# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVERARD PAUL DAZET, III <br> AND BONNIE BALLAY DAZET | * <br> * <br> * | CIVIL ACTION NO: 06-7591 |
| VERSUS | * <br> * <br> * | SECTION: B <br><br> MAGISTRATE: 2 |
| STATE FARM FIRE AND CASUALTY <br> CO., BO SEWARD AND KEN JONES | * <br> * | |

## ORDER

The premises considered:

It is **ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss With Prejudice be and same is hereby **GRANTED.**

New Orleans, Louisiana, this 12th day of December, 2007.

_____
JUDGE